UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-21398-CIV-KING/DUBÉ

MARIE CASTEL,

    Plaintiff,

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.
_____/

## SCHEDULING ORDER

THIS CAUSE is before the Court <u>sua sponte</u>. The Answer to the Complaint in this case has been filed and the case is now ripe for judicial review. Accordingly, it is **ORDERED** as follows:

(1) The parties are hereby instructed that any motions for Summary Judgment as may be appropriate must be filed **on or before September 22, 2008.**

(2) Any response and/or reply memoranda shall be filed within the time provided by the Local Rules of the United States District Court for the Southern District of Florida.

**DONE AND ORDERED** this ___4th___ day of August, 2008.

                                      ROBERT L. DUBÉ
                                      UNITED STATES MAGISTRATE JUDGE